TDCJ Offender Details     8491251-01     Page 1 of 2

**★ TEXAS DEPARTMENT OF CRIMINAL JUSTICE**     TDCJ Home     New Offender Search

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 04650712 |
| **TDCJ Number:** | 01986394 |
| **Name:** | JAMES,MICHAEL |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1951-07-20 |
| **Maximum Sentence Date:** | 2017-12-13 |
| **Current Facility:** | HOLLIDAY |
| **Projected Release Date:** | 2017-12-13 |
| **Parole Eligibility Date:** | 2016-12-13 |
| **Offender Visitation Eligible:** | NO |

*The offender is temporarily ineligible for visitation. Please call the offender's unit for any additional information.*

*The visitation information is updated once daily during weekdays and multiple times per day on visitation days.*

**SPECIAL INFORMATION FOR SCHEDULED RELEASE:**

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| | | | | | |